UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | No.  2:23-cv-01521-DJC-EFB (PC)<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 29, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed November 29, 2023 (ECF No. 7), are adopted in full; and

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Within 14 days of the date of this order, plaintiff shall submit the filing fee of $402 to the Clerk of Court.

4. Failure to comply with this order will result in dismissal of the action without prejudice.

IT IS SO ORDERED.

Dated:   **February 2, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE