UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | No.  2:23-cv-01521-DJC-EFB (PC)<br><br><br><br>ORDER |

By an order filed February 2, 2024, the Court denied plaintiff's motion to proceed in forma pauperis and ordered plaintiff to pay the filing fee within 14 days. (ECF 8.)  Plaintiff was cautioned that failure to do so would result in dismissal of this action.  The 14-day period has now expired, and Plaintiff has not paid the fee. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  **March 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1